## PATTERSON et v
## NATIONAL CASH REGISTER CO

Ohio Appeals, 5th Dist, Morgan Co

No 69.   Decided March 19, 1936

R. M. Winegardner, McConnellsville, and L. J. Weber, McConnellsville, for plaintiffs in error.

Donald Goldsmith, Zanesville, for defendant in error.

For full opinion see **6 OO 105; 52 Oh Ap 338.**